**U.S. COURTS**

APR - 9 2024

Rcvd___ Filed___ Time 2:12 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### District of Idaho
### Northern Division

|  |  |
|---|---|
| Eric Ramon Buchanan | ) Case No. **Cv 24 0187-NREP** |
| _____ | ) |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |  |  |
|---|---|---|---|
| Name | Eric Buchanan | | |
| Address | 10603 E 28th Ave | | |
| | Spokane Valley | WA | 99206 |
| | *City* | *State* | *Zip Code* |
| County | Spokane | | |
| Telephone Number | 509-995-3661 | | |
| E-Mail Address | atozhomeworx@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

|  |  |  |  |
|---|---|---|---|
| Name | Casey Ziegler | | |
| Job or Title *(if known)* | Officer | | |
| Address | 3818 N Schreiber Way | | |
| | Coeur d'Alene | ID | 83814 |
| | *City* | *State* | *Zip Code* |
| County | Kootenai | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

|  |  |  |  |
|---|---|---|---|
| Name | Mathew Sychla | | |
| Job or Title *(if known)* | Officer | | |
| Address | 3818 N Schreiber Way | | |
| | Coeur d'Alene | ID | 83814 |
| | *City* | *State* | *Zip Code* |
| County | Kootenai | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Mathew Edwards | | |
| Job or Title *(if known)* | Officer | | |
| Address | 3818 N Schreiber Way | | |
| | Coeur d'Alene | ID | 83814 |
| | *City* | *State* | *Zip Code* |
| County | Kootenai | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Molly Nivison | | |
| Job or Title *(if known)* | Prosecuting Attorney | | |
| Address | 501 Government Way P.O. Box 9000 | | |
| | Coeur d'Alene | ID | 83816 |
| | *City* | *State* | *Zip Code* |
| County | Kootenai | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

**II.    Basis for Jurisdiction**

SEE ATTACHED FOR
DEFENDANT NO. 5

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Abuse of Power: Color of Law or Color of Office:Section 1983, Section 802 of the USA PATRIOT Act (Pub. L. No. 107-52), U.S.C. 1st Amendment, U.S.C. 5th Amendment, 8 USC 514 Fictitious obligations: §241 Conspiracy Against Rights, 42 U.S.C. § 1983 Civil Action for Deprivation of Rights, CONTINUED ON ATTACHED PAGES

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
SEE ATTACHED PAGES

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Coeur d'Alene Idaho, and In The District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai

B.  What date and approximate time did the events giving rise to your claim(s) occur?
02/24/2023, 04/14/2024, 05/02/2023, 09/21/2023, 1/22/2024, 02/07/2024, 02/15/2024,

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
SEE ATTACHED PAGES

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of wages, time in Jail, forfeiture of job opportunities, sexual assault, defamation of character, business loan denial due to false charges on record, forcefully subjected to radiation against my will, damage to personal credit report and business credit, loss of romantic relationship, mental duress due to harassment, identity theft, kidnapping, stolen property, bail.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Loss of wages $10,000.00, time in Jail $3,000,000.00, forfeiture of job opportunities $79,000.00, sexual assault $5,000,000.00, defamation of character $1,000,000.00, business loan denial due to false charges on record $30,000.00, forcefully subjected to radiation against my will $1,000,000.00, damage to personal credit report and business credit $200,000.00, loss of romantic relationship $160,000.00, mental duress due to harassment $2,500,000.00, identity theft $1,000,000.00, kidnapping $1,000,000.00, stolen property $105,000.00, bail $100,000.00.

Total: $15,184,000.00

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-4-2024

Signature of Plaintiff    *Eric Ramon Buchanan*

Printed Name of Plaintiff    *Eric Ramon Buchanan*

Done this 4ᵗʰ day of April in the year 2024, under penalty of perjury under the laws of the United States of America.

Katie Hiatt

SUBSCRIBED AND SWORN to this--------------- day of, April 4th, 2024.

Notary Public; in and for Spokane WA

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2025

## Additional Information Page

**Defendant No. 5**

Rich Christensen
District Judge
501 Government Way P.O. Box 9000
Coeur d'Alene, ID 83816
☒ Individual capacity   ☐ Official capacity

**II.**

**B.** 42 U.S.C. § 1985: Conspiracy to Interfere with Civil Rights, Title VII of the 1964 Civil Rights Act, 13-2921. Harassment; Classification; Definition, COL (Color of Law): Section 242 of Title 18, FARA, Civil 60, Rule 56.

**D.** See below: **III C.**

**III.**

**C. Casey Ziegler, Mathew Sychla, Mathew Edwards:**

On the night of 4/14/2023 Officers Casey Ziegler, Matthew Sychla, and Mathew Edwards conspired to deprive me of my rights by attempting to conduct a sting operation on me based on unfounded and unverified hearsay. They followed me from my home in Washington State into Coeur d'Alene Idaho. The officer pulled me over under the guise of not properly using my blinker. Even though the state's evidence (officers dash cam) clearly shows that I did use my blinker. There were four police cars behind me when they turned on their emergency lights. None of the vehicles were marked. I feared for my life and did not stop. Then ended their pursuit, so I pulled into a side street and got out of the truck. When the officers caught up to me, they arrested me at gun point and proceeded to call me names and harass me. They then further violated my due process rights by kidnapping me, taking me to the Kootenai county jail, sexually assaulting me, exposing me to radiation against my will, stole my personal belongings. Then they put me in a cage with no blankets or warmth for many hours. They interrogated me and threatened me multiple times, trying to coerce and force a confession of guilt that previously had drugs on me which I did not. Then I was left in jail for four days before being granted the ability to see a judge and bail out.

**Molly Nivison:**

On or about 5/03/2023 Molly Nivison was given my case CR28-23-6840 and Discovery which clearly shows the Officers Casey Ziegler and Matthew Sychla lying about how the traffic stop was initiated yet she still proceeded to prosecute. Allowing my Civil and Due Process rights to continue to be violated. On 9/21/2023 I filed a Live Life Claim, Common Law Copyright, and my Nationality on a FOIA letter from Homeland Security. On 1/22/2024 I petitioned to Dismiss criminal case with prejudice sighting multiple law violations, and finally asked for her FARA registration. All have been ignored or objected to.

**Rich Christenson:**

On 9/21/2023 I filed a Live Life Claim, Common Law, Copyright, Nationality FOIA letter. On 1/22/2024 I filed to Dismiss Criminal Case with Prejudice sighting, Unconstitutional, Ex Parte, Self-Incrimination through forced plea, Jurisdiction defects and Unresolved Jurisdiction issues. On 2/07/2024 I filed a Writ of Quo Warranto on the Prosecutor on 2/15/2024 presented violation warning of 18 USC section 242 in the form of a COL all were ignored and denied. As acting Judge who is expected to be impartial, Judge Christensen became belligerent and he threatened me numerous time with contempt for asking questions.