# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| ERIC RAMON BUCHANAN,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER CASEY ZIEGLER, OFFICER MATHEW SYCHIA, OFFICER MATHEW EDWARDS, PROSECUTING ATTORNEY MOLLY NIVISON, JUDGE RICH CHRISTENSEN,<br><br>Defendants. | Case No. 2:24-cv-00187-REP<br><br>**ORDER EXTENDING SERVICE DEADLINE** |

This action was filed on April 9, 2024. (Dkt. 1.) The deadline for Plaintiff to effectuate service was July 8, 2024. Fed. R. Civ. P. 4(c)(1) and 4(m) (the "plaintiff is responsible for having the summons and complaint served" within "90 days after the complaint is filed."). Plaintiff has not filed a status report on service of process as required by Dist. Idaho L. Rule 4.1. Nor has Plaintiff filed proof of service with the Court as required by Federal Rule of Civil Procedure 4(l). In such circumstances, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). In accordance with this Rule, the Court

will permit Plaintiff 30 additional days, from the date of this order, to perfect service.  **<u>Failure to effectuate service by this deadline may result in the dismissal of this action without prejudice under Rule 4(m) without further notice to Plaintiff.</u>**

### ORDER

**<u>Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff shall properly serve Defendants and file proof of that service with the Court by September 16, 2024. Failure to file proof of service with the Court by this deadline may result in the dismissal of this action without prejudice.</u>**

DATED:  August 15, 2024

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge