AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Eric Ramon Buchanan <br><br> *Plaintiff(s)* <br> v. <br> Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen <br><br> *Defendant(s)* | Civil Action No. CV 24 0187-NREP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Casey Ziegler
3818 N Schreiber Way
Coeur d'Alene ID 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric-Ramon :Buchanan
10603 E 28th Ave
Spokane Valley WA 99206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



United States Courts
District of Idaho
**ISSUED**
**Kelly Moore**
**on Sep 12, 2024 1:07 pm**

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. CV 24 0187-NREP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                      *Server's signature*

                                                 _____
                                                    *Printed name and title*


                                                 _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Eric Ramon Buchanan <br><br> *Plaintiff(s)* <br> v. <br> Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen <br><br> *Defendant(s)* | Civil Action No. CV 24 0187-NREP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mathew Sychla
3818 N Schreiber Way
Coeur d'Alene ID 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric-Ramon :Buchanan
10603 E 28th Ave
Spokane Valley WA 99206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



United States Courts
District of Idaho
**ISSUED**
*Kelly Moore*
**on Sep 12, 2024 1:07 pm**

*Signature of Clerk or Deputy Clerk*

Civil Action No. CV 24 0187-NREP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

Eric Ramon Buchanan

*Plaintiff(s)*

v.

Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen

*Defendant(s)*

Civil Action No. CV 24 0187-NREP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Molly Nivison
501 Government Way
Coeur d'Alene ID 83816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric-Ramon :Buchanan
10603 E 28th Ave
Spokane Valley WA 99206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho
**ISSUED**
*Kelly Moore*
on Sep 12, 2024 1:07 pm

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. CV 24 0187-NREP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                               *Server's signature*

                              _____
                                            *Printed name and title*


                              _____
                                               *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Eric Ramon Buchanan <br><br> *Plaintiff(s)* <br> v. <br> Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen <br><br> *Defendant(s)* | Civil Action No. CV 24 0187-NREP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mathew Edwards
3818 N Schreiber Way
Coeur d'Alene ID 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric-Ramon ;Buchanan
10603 E 28th Ave
Spokane Valley WA 99206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho
**ISSUED**
Kelly Moore
on Sep 12, 2024 1:07 pm

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. CV 24 0187-NREP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Eric Ramon Buchanan <br><br> *Plaintiff(s)* <br> v. <br> Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen <br><br> *Defendant(s)* | Civil Action No. CV 24 0187-NREP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rich Christensen
501 Government Way
Coeur d'Alene ID 83816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric-Ramon :Buchanan
10603 E 28th Ave
Spokane Valley WA 99206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



**United States Courts
District of Idaho
ISSUED
Kelly Moore
on Sep 12, 2024 1:07 pm**

*Signature of Clerk or Deputy Clerk*

Civil Action No. CV 24 0187-NREP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                *Server's signature*

                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc: