# UNITED STATES DISTRICT COURT
for the
District of Idaho
Northern Division

U.S. COURTS
SEP 1 3 2024
Rcvd_____Filed_____Time 2:02
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

PLAINTIFF

Eric Ramon Buchanan

-V-

Case No. CV 24 0187 N-REP

DEFENDANTS

Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen

## MOTION TO EXTEND TIME FOR PROCESS SERVICE

Comes the Plaintiff, Eric Ramon Buchanan, who brings forth this Motion for Order to Extend Time for Process of Service and States:

(1)

The Plaintiff has been unable to obtain process service for one or more of the Defendants. The Plaintiff has hired a new process service provider and said contractor is confident that we should have all Summons served in the next few weeks.

WHEREFORE Plaintiff moves the court for an Order to Extend Time for Process of Service.

Respectfully Submitted

_Eric Ramon Buchanan_ 9/13/24

Eric Ramon Buchanan
Plaintiff
10603 E 28th Ave
Spokane Valley WA 99206