# UNITED STATES DISTRICT COURT
for the
District of Idaho
Northern Division

U.S. COURTS
OCT 16 2024
Rcvd_____Filed_____Time 11:10AM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

PLAINTIFF

Eric Ramon Buchanan

-V-

Case No. CV 24 0187 N-REP

DEFENDANTS

Officer Casey Ziegler, Officer Mathew Sychla, Officer Mathew Edwards, Prosecuting Attorney Molly Nivison, Judge Rich Christensen

## MOTION TO EXTEND TIME FOR PROCESS SERVICE

Comes the Plaintiff, Eric Ramon Buchanan, who brings forth this Motion for Order to Extend Time for Process of Service and States:

(1)

The Plaintiff requires an extension to ensure that all administrative processes have been exhausted prior to service.

WHEREFORE Plaintiff moves the court for an Order to Extend Time for Process of Service.

Respectfully Submitted

Eric Ramon Buchanan
Plaintiff
10603 E 28th Ave
Spokane Valley WA 99206