U.S. COURTS

OCT 30 2024

Rcvd____Filed____Time 9:05am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

CIVIL ACTION

CASE # CV 24 0187-NREP

PETITIONERs/PLAINTIFFs

ERIC RAMON BUCHANAN

V.

DEFENDANTs/PLAINTIFFs

OFFICER CASEY ZIEGLER, OFFICER

MATHEW SYCHIA, OFFICER MATHEW EDWARDS,

PROSECUTING ATTORNEY MOLLY NIVISON,

JUDGE RICH CHRISTENSEN

DECLARATION/AFFIDAVIT

ANDANTE GOLDSBY

FOR RETURN OF NON-SERVICE

---

I, Andante Goldsby, do declare under penalty and perjury under the laws of the state of Washington that I am a U.S. Citizen, above the age of 18 and competent to attest to the above captioned matters. I am not a Defendant, Witness, Nor Plaintiff/Party to the Above Captioned Matter. The following is true and correct to the best of my knowledge.

On or about 10.19.2024, at approximately 12:00 P.M., I was unable personally Serve Assist. Prosecuting Attorney Molly Nivison , at 501 N. Government Way CDA, Id 83814 as the above mentioned subject's male-staff Refused to Accommodate this Process Service Proceedure nor enlighten myself, at the address provided by Plaintiff Eric Buchanan. The Following Documents were attempted to be served: Summons In A Civil Action; Complaint For Violation Of Civil Rights; Two,(2) Motions To Extend Time For Process Service; One,(1) Order Extending Service Deadline; Additional Information Page.

ADDRESS OF SERVICE: 501 N. Government Way Coeur d' Alene, Id 83814

DATE & TIME OF SERVICE: 10.19.24 / 12:00 PM

SUPPLEMENTAL: While at this Prosecuting Attorneys' Office, the was a male voice, speaking to my assistant and my and refusing to self, by Courthouse Wall Telephone. He refused to allow access, accommodate nor come to the door. I repeatedly informed this Staff-Person that I had Federal Court Documents for Molly Nivison and that she was the Defendant. This staff continued to State to me; " Don't put words in my mouth". I was perplexed. The Staff Person Demonstrated Irratation and Aggression towards myself, while refusing and never answering my most(simple question); which continued to be- "Can She, Yourself or Someone accept Legal Process Service"? This staff was determined to

speak in circles and riddles, seemingly more interested in
frustrating myself and aggrivating the situation, needlessly.
The Staff-Person seemed to have zero grasp nor understanding of
a Declarative or Interrogative Statements.  I simply thanked
him, over the phone and left to exit the Building.  Moments
later; a individual ran down the stairs, continuing to attempt
to further interrogate me.  I said "Godbless" and left;
documenting my attempts with Legal Photography.

DESCRIPTION: White male: Ht 5'8 to 5'10; Wt: 160lbs to 180lbs:
Age; 25 Yrs To 35 Yrs;  HAIR: Black/Full Black Beard.

**SIGNED AND DATED THIS 19TH DAY OF OCTOBER 2024 IN AND FOR THE COUNTY OF SPOKANE IN THE STATE OF WASHINGTON**

Fee:     $40.00
Mileage:$0.00
Total:   $40.00

ANDANTE GOLDSBY
SCPS #1763