U.S. COURTS
OCT 30 2024
Rcvd___ Filed___ Time 9:05 am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

CIVIL ACTION
CASE # CV 24 0187-NREP

PETITIONERs/PLAINTIFFs

ERIC RAMON BUCHANAN

DECLARATION/AFFIDAVIT

V.

ANDANTE GOLDSBY

FOR RETURN OF NON-SERVICE

DEFENDANTs/PLAINTIFFs

OFFICER CASEY ZIEGLER, OFFICER

MATHEW SYCHIA, OFFICER MATHEW EDWARDS,

PROSECUTING ATTORNEY MOLLY NIVISON,

JUDGE RICH CHRISTENSEN

---

I, Andante Goldsby, do declare under penalty and perjury under the laws of the state of Washington that I am a U.S. Citizen, above the age of 18 and competent to attest to the above captioned matters. I am not a Defendant, Witness, Nor Plaintiff/Party to the Above Captioned Matter. The following is true and correct to the best of my knowledge.

1

2

3   On or about 10.19.2024, at approximately 11:50A.M., I to was

4   unable personally Serve Judge Richard Christensen , at 501 N.

5   Government Way CDA, Id 83814 as the above mentioned subject had

6   retired and nolonger worked at the address provided by Plaintiff

7   Eric Buchanan. The Following Documents were attempted to be

8   served: Summons In A civil Action; Complaint For Violation Of

9   Civil Rights; Two,(2) Motions To Extend Time For Process

10  Service; One,(1) Order Extending Service Deadline; Additional

11  Information Page.

12

13  **ADDRESS OF SERVICE:** 501 N. Government Way Coeur d' Alene, Id

14  83814

15

16  **DATE & TIME OF SERVICE:** 10.19.24 / 11:50 AM

17

18  **SUPPLEMENTAL:** I had a brief Consult with Judge Walsh, in order to

19  ascertan the proceedure and viability of serving Federal Court

20  Documents to Judge Rich Christensen.  This was necessary as the

21  white female at the desk inside the (District Judge & Court

22  Reporter's) office : First Buzzed the door open; Then ordered me

23  out as soon as she saw my hand & forehead; without listening nor

24  acquiring my name. During my talk with Judge walsh, several

25  Kootenai Co. Bailiffs surrounded myself and my assistant

26  demaning my ID and accusing my of being Mr. E. Buchanan.

27

28

1  DESCRIPTION: White male: Ht 5'8 to 6'0; Wt: 170lbs to 180lbs:
2  Age; 50 Yrs to 60 Yrs;   HAIR: Balding/Grey Hair.
3
4  **SIGNED AND DATED THIS 19TH DAY OF OCTOBER 2024 IN AND**
5  **FOR THE COUNTY OF SPOKANE IN THE STATE OF WASHINGTON**
6
7  **Fee:      $40.00**
8  **Mileage:$0.00**
9  **Total:    $40.00**

ANDANTE GOLDSBY
SCPS #1763