U.S. COURTS
OCT 30 2024
Rcvd___ Filed___ Time 9:05am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

CIVIL ACTION

CASE # CV 24 0187-NREP

PETITIONERs/PLAINTIFFs

ERIC RAMON BUCHANAN         DECLARATION/AFFIDAVIT

V.                          ANDANTE GOLDSBY

FOR RETURN OF SERVICE

DEFENDANTs/PLAINTIFFs

OFFICER CASEY ZIEGLER, OFFICER

MATHEW SYCHIA, OFFICER MATHEW EDWARDS,

PROSECUTING ATTORNEY MOLLY NIVISON,

JUDGE RICH CHRISTENSEN

---

I, Andante Goldsby, do declare under penalty and perjury under the laws of the state of Washington that I am a U.S. Citizen, above the age of 18 and competent to attest to the above captioned matters. I am not a Defendant, Witness, Nor Plaintiff/Party to the Above Captioned Matter. The following is true and correct to the best of my knowledge.

1   On or about 10.16.2024, at approximately 12:00P.M., I
2   personally Served Officer Mathew Sychia, By Serving Sgt. Zach
3   Johns, a person of suitable age and Discretion and Confirmed to
4   myself that he has ben Legally Authorized to Accept these
5   particular Legal Documents, on behalf of Officer Mathew Sychia.
6   The Following Documents were served: Summons In A civil Action;
7   Complaint For Violation Of Civil Rights; Two,(2) Motions To
8   Extend Time For Process Service; One,(1) Order Extending Service
9   Deadline; Additional Information Page.

11  ADDRESS OF SERVICE: 3818 Schreiber Way Coeur d' Alene, Id 83815

13  DATE & TIME OF SERVICE: 10.16.24 / 12:00 PM

15  DESCRIPTION: White male: Ht 6'2 to 6'5; Wt: 280lbs to 320lbs:
16  Age; 28 Yrs To 38 Yrs; Bald.

18  **SIGNED AND DATED THIS 16TH DAY OF OCTOBER 2024 IN AND**
19  **FOR THE COUNTY OF SPOKANE IN THE STATE OF WASHINGTON**

21  Fee:     $70.00
22  Mileage:$0.00
23  Total:   $70.00

                                    ANDANTE GOLDSBY
                                    SCPS #1763