# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

CIVIL ACTION
CASE # CV 24 0187-NREP

PETITIONERs/PLAINTIFFs

ERIC RAMON BUCHANAN

V.

DEFENDANTs/PLAINTIFFs

OFFICER CASEY ZIEGLER, OFFICER

MATHEW SYCHIA, OFFICER MATHEW EDWARDS,

PROSECUTING ATTORNEY MOLLY NIVISON,

JUDGE RICH CHRISTENSEN

DECLARATION/AFFIDAVIT

ANDANTE GOLDSBY

FOR RETURN OF SERVICE

---

I, Andante Goldsby, do declare under penalty and perjury under the laws of the state of Washington that I am a U.S. Citizen, above the age of 18 and competent to attest to the above captioned matters. I am not a Defendant, Witness, Nor Plaintiff/Party to the Above Captioned Matter. The following is true and correct to the best of my knowledge.

1   On or about 10.16.2024, at approximately 12:00P.M., I
2   personally Served Officer Mathew Edwards, By Serving Sgt. Zach
3   Johns, a person of suitable age and Discretion and Confirmed to
4   myself that he has ben Legally Authorized to Accept these
5   particular Legal Documents, on behalf of Officer Mathew Edwards.
6   The Following Documents were served: Summons In A civil Action;
7   Complaint For Violation Of Civil Rights; Two,(2) Motions To
8   Extend Time For Process Service; One,(1) Order Extending Service
9   Deadline; Additional Information Page.

ADDRESS OF SERVICE: 3818 Schreiber Way Coeur d' Alene, Id 83815

DATE & TIME OF SERVICE: 10.16.24 / 12:00 PM

DESCRIPTION: White male: Ht 6'2 to 6'5; Wt: 280lbs to 320lbs:
Age; 28 Yrs To 38 Yrs; Bald.

**SIGNED AND DATED THIS 16TH DAY OF OCTOBER 2024 IN AND FOR THE COUNTY OF SPOKANE IN THE STATE OF WASHINGTON**

Fee:     $80.00
Mileage: $0.00
Total:   $80.00

ANDANTE GOLDSBY
SCPS #1763