# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

CIVIL ACTION

CASE # CV 24 0187-NREP

PETITIONERs/PLAINTIFFs

ERIC RAMON BUCHANAN

v.

DECLARATION/AFFIDAVIT

ANDANTE GOLDSBY

FOR RETURN OF SERVICE

DEFENDANTs/PLAINTIFFs

OFFICER CASEY ZIEGLER,OFFICER

MATHEW SYCHIA, OFFICER MATHEW EDWARDS,

PROSECUTING ATTORNEY MOLLY NIVISON,

JUDGE RICH CHRISTENSEN

---

I ,Andante Goldsby, do declare under penalty and perjury under the laws of the state of Washington that I am a U.S. Citizen, above the age of 18 and competent to attest to the above captioned matters. I am not a Defendant, Witness, Nor Plaintiff/Party to the Above Captioned Matter. The following is true and correct to the best of my knowledge.

1   On or about 10.16.2024, at approximately 12:00P.M., I
2   personally Served Officer Casey Ziegler, By Serving Sgt. Zach
3   Johns, a person of suitable age and Discretion and Confirmed to
4   myself that he has ben Legally Authorized to Accept these
5   particular Legal Documents, on behalf of Officer Casey Ziegler.
6   The Following Documents were served: Summons In A civil Action;
7   Complaint For Violation Of Civil Rights; Two,(2) Motions To
8   Extend Time For Process Service; One,(1) Order Extending Service
9   Deadline; Additional Information Page.

11   ADDRESS OF SERVICE: 3818 Schreiber Way Coeur d' Alene, Id 83815

13   DATE & TIME OF SERVICE: 10.16.24 / 12:00 PM

15   DESCRIPTION: White male: Ht 6'2 to 6'5; Wt: 280lbs to 320lbs:
16   Age; 28 Yrs To 38 Yrs; Bald.

18   **SIGNED AND DATED THIS 16TH DAY OF OCTOBER 2024 IN AND**
19   **FOR THE COUNTY OF SPOKANE IN THE STATE OF WASHINGTON**

21   **Fee:    $0.00**
22   **Mileage:$0.00**
23   **Total:  $0.00**

ANDANTE GOLDSBY

SCPS #1763