UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC RAMON BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CASEY ZIEGLER, OFFICER MATTHEW EDWARDS, PROSECUTING ATTORNEY MOLLY NIVISON, JUDGE RICH CHRISTENSEN,<br><br>Defendant. | Case No. 2:24-cv-00187-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco (Dkt. 30). Eric Ramon Buchanan filed the present action against several defendants following his arrest in Coeur d'Alene, Idaho. Two of those defendants, Rich Christensen and Molly Nivison, moved to dismiss the claims against them. *See* Dkts. 18, 21. Mr. Buchanan opposed both motions.

On June 10, 2025, Judge Patricco issued a Report and Recommendation recommending that both motions to dismiss be granted. Dkt. 30. Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report

**ORDER ADOPTING REPORT AND RECOMMENDATION- 1**

and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**IT IS ORDERED that:**

1. The Report and Recommendation entered on June 10, 2025 (Dkt. 30) is **INCORPORATED** and **ADOPTED** in its entirety.

2. Defendant Rich Christensen's Motion to Dismiss (Dkt. 18) is **GRANTED** and Plaintiff's claims against him are dismissed with prejudice.

3. Defendant Molly Nivison's Motion to Dismiss (Dkt. 21) is **GRANTED** and Plaintiff's claims against her are dismissed with prejudice.

DATED: June 25, 2025

B. Lynn Winmill
U.S. District Court Judge